AWACS, INC., d/b/a Comcast
Metrophone, Appellant,

v.

ZONING HEARING BOARD OF NEW-
TOWN TOWNSHIP, DELAWARE
COUNTY, and Rose Marie Tittermary,
Appellees.

Supreme Court of Pennsylvania.

Argued Oct. 20, 1999.

Decided Nov. 8, 1999.

Randall C. Schauer, West Chester, Tim-
othy F. Rayne, Kennett Square, for
AWACS, Inc.

John A. Prodoehl, Jr., Media, for Rose
Marie Tittermary.

Bruce A. Irvine, Media, for Zoning
Hearing Bd.

Before FLAHERTY, C.J., and
ZAPPALA, CAPPY, CASTILLE, NIGRO,
NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

Order of Commonwealth Court affirmed.
*See Crown Communications v. Zoning
Hearing Board of Borough of Glenfield,*
550 Pa. 266, 705 A.2d 427 (1997).